FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: May 19 2020
JAMES N. HATTEN, Clerk
By: s/B. Evans
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO.: |
| | : 1:20-CR-00126-LMM-JSA |
| THOMAS ADDAQUAY, | : |
| NANA ADDAQUAY and | : |
| SACOYA LYONS, | : |
| | : |
| Defendants. | : |

## ORDER

For good cause shown, and with the Government's consent, Defendant Nana Addaquay's Motion for Additional Time to File Evidentiary Motions and to Continue Pre-Trial Conference, [doc. 31], is **GRANTED**. For continuity of the case, the Court also extends the time for co-defendants Thomas Addaquay and Sacoya Lyons.

Therefore, the Pretrial Conference, as to all defendants, is rescheduled to **Friday, August 21, 2020 at 9:30 a.m.** Pretrial motions are now due on or before **August 19, 2020**.

The period from May 19, 2020, and August 19, 2020 shall be excluded under the District's Speedy Trial Plan and the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(I) and (iv). The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public

and the defendants in a speedy trial.

Specifically, the discovery in this case is voluminous and for this reason, the Court finds that it is necessary to allow additional time to meaningfully review the discovery and determine what motions may be warranted.

**IT IS SO ORDERED** this 19th day of May, 2020.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE