IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | CRIMINAL CASE NO.: |
| : | 1:20-CR-00126-LMM-JSA |
| THOMAS ADDAQUAY, NANA : | |
| ADDAQUAY and SACOYA LYONS, : | |
| : | |
| Defendants. : | |

### ORDER GRANTING ADDITIONAL TIME TO FILE PRETRIAL MOTIONS AND CONTINUING PRETRIAL CONFERENCE

The Court finds that the interests of justice in continuing the pretrial motions deadline and in rescheduling the pretrial conference substantially outweigh the interests of the public and defendants in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable any delay occurring in extending the motions deadline and the holding of the pretrial conference. 18 U.S.C. § 3161, et seq.

Specifically, the defendants filed unopposed motions to continue the pretrial conference, docs. [47], [49], [50], [51], indicating that they received voluminous discovery, and therefore need additional time to review the discovery before determining what pretrial motions should be filed, if any.

**IT IS HEREBY ORDERED** that the motions are **GRANTED**. The pretrial conference currently scheduled for August 21, 2020, is **RESCHEDULED** to **Friday, October 23, 2020, at 10:00 a.m.** and the Defendants shall file pretrial

motions on or before **October 20, 2020**.

The time between August 18, 2020 and October 20, 2020 is excluded from Speedy Trial Act calculations for the reasons set out above.

**IT IS SO ORDERED** this 18th day of August, 2020.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE