IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

SACOYA LYONS

Criminal Action No.
1:20-CR-00126-LMM-JSA-3

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS AND TO CONTINUE PRETRIAL CONFERENCE

COMES NOW the Defendant, SACOYA LYONS, by and through undersigned counsel and requests a 45-day extension of time in which to file pretrial motions in this case. The Pretrial Conference in this case is currently scheduled for Friday, October 23, 2020 at 10:00 AM before the Honorable Magistrate Justin S. Anand and motions are due on October 20, 2020. The defendant respectfully requests that she be allowed to file pretrial motions by December 4, 2020, and that the Pretrial Conference be scheduled <u>after</u> December 4, 2020.

In support of this motion, the defendant show as follows:

(1)

Discovery in this case is voluminous. Defendant has been working diligently to review the discovery and properly analyze the discovery provided with the Defendant in this case. Undersigned counsel was recently served with

1

additional discovery on October 14, 2020 and needs additional time to review and analyze this discovery as well and determine the appropriateness of filing any pretrial motions.

(2)

Undersigned counsel has conferred with Assistant United States Attorneys ("AUSAs") Sekret Sneed and Jeffery Brown regarding this continuance and the AUSAs have no objection to this motion.

(3)

Undersigned counsel requests a continuance to allow the reasonable time necessary for effective representation which may prevent a miscarriage of justice.

WHEREFORE, SACOYA LYONS respectfully requests that she be given until December 4, 2020 in which to file pretrial motions, and that the Pretrial Conference be rescheduled <u>after</u> December 4, 2020. A proposed Order is attached.

[Signature page to follow]

Dated: This 16th day of October, 2020.

/s/ *Mark J. Issa*
MARK J. ISSA
GEORGIA BAR NO. 385052
ATTORNEY FOR MS. LYONS

The Issa Law Firm, P.C.
66 Lenox Pointe, NE
Atlanta, GA 30324
404-968-2600
Fax: 404-968-2614
theissalawfirm@gmail.com

/s/ *Molly Hiland Parmer*
MOLLY HILAND PARMER
GEORGIA BAR NO. 942501
ATTORNEY FOR MS. LYONS

Parmer Law
1201 West Peachtree St., Suite 2300
Atlanta, Georgia 30309
404-795-5060; Fax: 404-795-5117
molly@parmer.law

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been formatted in Book Antiqua 13 pt., in accordance with Local Rule 5.1B, and I have on this day served a true and correct copy of the within and foregoing pleading upon counsel for the government by electronically posting through the District Court's ECF filing system, addressed as follows:

>Jeffrey Aaron Brown and Sekret T. Sneed
>Assistant United States Attorneys
>Suite 600, Richard B. Russell Building
>75 Ted Turner Drive, S.W.
>Atlanta, Georgia 30303

Dated: This 14th day of August, 2020.

*/s/ Mark J. Issa*
MARK J. ISSA
GEORGIA BAR NO.
ATTORNEY FOR MS. LYONS

The Issa Law Firm, P.C.
66 Lenox Pointe, NE
Atlanta, Georgia 30324
404-968-2600; Fax: 404-968-2614
theissalawfirm@gmail.com

*/s/ Molly Hiland Parmer*
MOLLY HILAND PARMER
GEORGIA BAR NO. 942501
ATTORNEY FOR MS. LYONS

Parmer Law
1201 West Peachtree St., Suite 2300
Atlanta, Georgia 30309
404-795-5060; Fax: 404-795-5117
molly@parmer.law