IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
|  | : |  |
| UNITED STATES OF AMERICA, | : |  |
|  | : |  |
| v. | : | CRIMINAL CASE NO.: |
|  | : | 1:20-CR-00126-LMM-JSA |
| THOMAS ADDAQUAY (1), | : |  |
| NANA ADDAQUAY (2) and | : |  |
| SACOYA LYONS (3), | : |  |
|  | : |  |
| Defendants. | : |  |

## **ORDER**

For good cause shown, and with no opposition from the Government, Defendant Sacoya Lyons' Motion for Extension of Time to File Pretrial Motions and to Continue Pretrial Conference, [61], is **GRANTED**.

Pretrial motions are now due on or before **December 4, 2020** and the Pretrial Conference scheduled for October 23, 2020 is rescheduled for **Wednesday, December 9, 2020 at 10:00 a.m.** This extension is necessary and will give defense counsel additional time to review additional voluminous discovery.

The time between October 16, 2020 and December 9, 2020 is excluded from Speedy Trial Act calculations for the reasons set out above, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(I) and (iv), because the Court finds that the ends of justice

served by granting the continuance outweigh the defendants' and the public's right to a speedy trial.

For continuity of the case, the Court will adopt the above schedule for co-defendants Thomas Addaquay and Nana Addaquay.

**IT IS SO ORDERED** this 16th day of October, 2020.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE