IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL CASE NO.: |
| | : 1:20-CR-00126-LMM-JSA |
| THOMAS ADDAQUAY (1), | : |
| NANA ADDAQUAY (2) and | : |
| SACOYA LYONS (3), | : |
| | : |
| Defendants. | : |

## ORDER

For good cause shown, and with no opposition from the Government, the pending motions to continue the motions deadline and pretrial conference, [docs. 63 and 65], are **GRANTED**.

Pretrial motions are now due on or before **January 4, 2021** and the Pretrial Conference scheduled for December 9, 2020 is rescheduled for **Wednesday, January 6, 2021 at 9:30 a.m.** This extension is necessary and will give defense counsel additional time to review discovery, meet with their clients and determine if any pretrial motions are necessary.

The time between December 8, 2020 and January 6, 2021 is excluded from Speedy Trial Act calculations for the reasons set out above, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(I) and (iv), because the Court finds that the ends of justice

served by granting the continuance outweigh the defendants' and the public's right to a speedy trial.

The Court is aware that co-defendant Thomas Addaquay has filed a pretrial motion, but for continuity of the case, the Court adopts the same schedule for all defendants in this matter.

**IT IS SO ORDERED** this 8th day of December, 2020.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE